IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:19-mc-004-TFM |
| CITY OF FAIRHOPE, ALA., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

On January 24, 2019, the bankruptcy judge entered a report and recommendation to which no objections have been filed. *See* Doc. 2. After due and proper consideration of the issues raised, the recommendation is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Motion to Withdraw the Reference (Doc. 1) is **GRANTED**. The Clerk of Court is **DIRECTED** to effectuate the transfer of the case and its pleadings from the bankruptcy docket to the docket of the undersigned.

**DONE** and **ORDERED** this the 11th day of March 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE